# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Roberts, Jr, John G. | 2. Court or Organization  Supreme Court of the United States | 3. Date of Report  05/15/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Chief Justice of the United States | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2019  **to**  12/31/2019 |

**7. Chambers or Office Address**

One First Street, NE
Washington, DC 20543

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Major, Lindsey & Africa, LLC -- Attorney Search Consultants -- salary |
| 2. | 2019 | Mlegal Group, Inc. -- Attorney Search Consultants -- salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Belmont College of Law | 02/06/19 | Nashville, Tennessee | Addressed Belmont Law community; met with students, faculty, and Federal judges | Transportation and meal |
| 2. | Nashville School of Law; Vanderbilt University Law School | 09/09-10/19 | Nashville, Tennessee | Met with NSL students and faculty; and, addressed Vanderbilt Law School community | Transportation, meals, and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Jr, John G.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lam Research (Common) LRCX | B | Dividend | L | T | | | | | |
| 2. Texas Instruments (Common) TXN | D | Dividend | N | T | | | | | |
| 3. Thermo Fisher (Common) TMO | A | Dividend | N | T | | | | | |
| 4. Sirius XM (Common) SIRI | B | Dividend | N | T | | | | | |
| 5. Amer. Century Gro. Inv. Class I TWGIX | C | Dividend | L | T | | | | | |
| 6. MetLife GVUL: Putnam Multi-Cap Growth Fund | | None | K | T | | | | | |
| 7. Vanguard Int'l Gr Fund Admiral Shares VWILX | B | Dividend | L | T | | | | | |
| 8. Vanguard Sm-Cap Index Fund Admiral VSMAX | B | Dividend | M | T | | | | | |
| 9. Wells Fargo bank accounts | A | Interest | M | T | | | | | |
| 10. Capital One, Inc. bank accounts | B | Interest | P1 | T | | | | | |
| 11. 1/8 int. cottage, Knocklong, County Limerick, Ireland | A | Rent | K | W | | | | | |
| 12. my529 Equity - 10% Int'l | D | Dividend | N | T | | | | | |
| 13. my529 Age-Based Moderate | C | Dividend | M | T | | | | | |
| 14. Allegis Group Ret. Plan (H) | | | | | | | | | |
| 15. -- Vanguard Target Retirement 2020 Trust II | | None | | | Closed | 04/10/19 | M | B | |
| 16. Eaton Vance Ser II Income Fund Boston CL 1 EIBIX | C | Dividend | L | T | Buy (add'l) | 04/12/19 | J | | |
| 17. First Eagle Global SGIIX | E | Dividend | N | T | Buy (add'l) | 01/15/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 19. | | | | | Buy (add'l) | 04/12/19 | J | | |
| 20. Gabelli Small Cap Growth 1 GACIX | E | Dividend | | | Buy (add'l) | 01/15/19 | J | | |
| 21. | | | | | Buy (add'l) | 04/12/19 | J | | |
| 22. | | | | | Sold | 12/19/19 | M | E | |
| 23. T. Rowe Price Real Estate TRREX | D | Dividend | L | T | | | | | |
| 24. T. Rowe Price Blue Chip Growth TRBCX | B | Dividend | N | T | Buy (add'l) | 01/15/19 | J | | |
| 25. | | | | | Buy (add'l) | 04/12/19 | J | | |
| 26. Wells Fargo Absolute Return Fund WABIX | E | Dividend | O | T | Buy (add'l) | 01/15/19 | J | | |
| 27. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 28. | | | | | Buy (add'l) | 04/12/19 | K | | |
| 29. AQR FDS Mgd. Futures Strategy AQMIX | C | Dividend | L | T | Buy (add'l) | 04/12/19 | J | | |
| 30. Dodge & Cox FDS International Stock DODFX | D | Dividend | N | T | Buy (add'l) | 04/12/19 | K | | |
| 31. | | | | | Sold (part) | 04/17/19 | J | A | |
| 32. Jane Brain, LLC (see Part VIII) | | None | J | U | | | | | |
| 33. Principal MidCap Institutional PCBIX | E | Dividend | N | T | Buy (add'l) | 01/15/19 | J | | |
| 34. | | | | | Buy (add'l) | 04/12/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 10/11/19 | J | A | |
| 36. ASG GLBL ALTRNTVE CL Y GAFYX | C | Dividend | N | T | Buy (add'l) | 04/12/19 | J | | |
| 37. Dodge & Cox Stock DODGX | E | Dividend | N | T | Buy (add'l) | 01/15/19 | J | | |
| 38. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 39. | | | | | Buy (add'l) | 04/12/19 | J | | |
| 40. | | | | | Sold (part) | 04/17/19 | J | A | |
| 41. Invesco Oppenheimer Developing Markets ODVYX (see Part VIII) | D | Dividend | N | T | Buy (add'l) | 01/15/19 | J | | |
| 42. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 43. | | | | | Buy (add'l) | 04/12/19 | J | | |
| 44. Charter Communications (Common) CHTR | | None | N | T | | | | | |
| 45. my529 Cash Account | D | Dividend | N | T | | | | | |
| 46. Thornburg Ltd-Term Muni Inst LTMIX | A | Dividend | K | T | Buy (add'l) | 01/15/19 | J | | |
| 47. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 48. Tweedy Browne Global Value Fund TBGVX | B | Dividend | L | T | Buy (add'l) | 01/15/19 | J | | |
| 49. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 50. T Rowe Price Short-Term Bond PRWBX | C | Dividend | M | T | Buy (add'l) | 04/12/19 | J | | |
| 51. Vanguard Div. Growth Fd Investor Shares VDIGX | E | Dividend | P1 | T | Buy (add'l) | 01/10/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Jr, John G.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Gateway Fund GTEYX | B | Dividend | M | T | Buy (add'l) | 01/15/19 | J | | |
| 53. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 54. Vanguard Total Stk Mkt Index Fd Adm Shs VTSAX | B | Dividend | L | T | Buy (add'l) | 01/15/19 | J | | |
| 55. Goldman Finl Sq Treas Money Market Fund FTIXX | B | Dividend | K | T | Sold (part) | 01/11/19 | J | | |
| 56. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 57. | | | | | Sold (part) | 02/15/19 | J | | |
| 58. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 59. | | | | | Sold (part) | 04/12/19 | J | | |
| 60. | | | | | Buy (add'l) | 04/12/19 | J | | |
| 61. | | | | | Sold (part) | 05/17/19 | J | | |
| 62. | | | | | Sold (part) | 07/12/19 | J | | |
| 63. | | | | | Sold (part) | 10/11/19 | J | | |
| 64. Wells Fargo IRA / Inv. Co. Amer. Class C AICCX | A | Dividend | J | T | Buy (add'l) | 03/29/19 | J | | |
| 65. MetLife GVUL: Deutsche Govt. Money Mkt VIP | | None | J | T | | | | | |
| 66. MetLife GVUL Put.Gro. Opps. | | None | K | T | | | | | |
| 67. Bost.Ptnrs. L/S Rsrch. Fund BPIRX | B | Dividend | L | T | Buy (add'l) | 04/12/19 | J | | |
| 68. Van Eck Global GHAYX | A | Dividend | L | T | Buy (add'l) | 04/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Jr, John G.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Charles Schwab bank account | A | Interest | K | T | | | | | |
| 70. C. Schwab Value Advantage M. Fund SWVXX | C | Dividend | M | T | | | | | |
| 71. Tributary SM Co INSTL IP FOSBX | | None | N | T | Buy | 12/20/19 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Jr, John G.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII., line 32.  The LLC referenced in line 32, which was previously listed as an account header, has no value.

Part VII., line 41.  On May 24, 2019, Oppenheimer Developing Markets changed its name to Invesco Oppenheimer Developing Markets.

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2020 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ John G. Roberts, Jr**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544